| | |
|---|---|
| 1 | **JAMES M. MAKASIAN (SBN 71791)** |
| 2 | **JAMES M. MAKASIAN,**<br>**A PROFESSIONAL CORPORATION** |
| 3 | 1327 "N" Street<br>Fresno, California 93721<br>Telephone: (559) 442-4212 |
| 4 | Facsimile: (559) 445-0328 |
|   | Attorney for Defendant |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-CR-00428-AWI-BAM |
| Plaintiff, | ) | |
| v. | ) | STIPULATION FOR CONTINUANCE<br>AND ORDER THEREON |
| ROY PALOMERA, | ) | DATE: January 28th, 2013<br>TIME: 1:00 p.m.<br>DEPT: 8 |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties and their respective counsel, that the Second Status Conference currently set for Monday, January 28th, 2013 at 1:00 p.m. may be continued to February 25, 2013, a date convenient to counsel if acceptable to the court. The parties agree to the target such a date because Defendant's counsel is currently in a jury trial on the matter of *Hudson v. County of Fresno*, Fresno Superior Court Case #09CECG03295MBS.

It will also allow additional time for counsel to explore in good faith dispute resolution to avoid trial; or if not resolved, then to better prepare for said hearing.

///

///

---

STIPULATION FOR CONTINUANCE AND OTHER THEREON
Case NO. 1:12-CR000428AWIBAM

1

DATED:	January  24 , 2013	/s/ JAMES M. MAKASIAN
JAMES M. MAKASIAN, ATTORNEY FOR DEFENDANT

DATED:	January  24 , 2013	/s/ DAVID L. GAPPA
DAVID L. GAPPA, U.S. ATTORNEY FOR PLAINTIFF

///

///

The court having considered the Stipulation of the parties and good cause appearing, **IT IS ORDERED AS FOLLOWS**:

The Second Status Conference in the above-entitled matter is continued to **February 25, 2013 at 1:00 p.m. in Department 8**.

The delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **January 24, 2013**	/s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE